

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00855-CR

Abraham **LINARES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2011 CRM 00635 D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 5, 2014.

_____
Patricia O. Alvarez, Justice